79,922-02

May 3th,2015

Court of Criminal Appeals

Abel Acosta,Clerk

P.O.Box 12308,Capitol Station

Austin,Texas 78711

Stephen Jay Sandbloom

TDCJ NO. #1757517

Allen B. Polunsky Unit

3872 FM 350 South

Livingston,Texas 77351

Re: Trial Court Case #10-DCR-053774A HC2WR-79,922-02

Re: Applicants answer to; States finding of fact and conclusions of law, Recommendation, and order.

Dear: Mr.Acosta

Please find enclosed supplemental answers to submit to court on applicants behalf.

Sincerely,

Stephen Jay Sandbloom

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 07 2015
Abel Acosta, Clerk

Applicant states that if there was a hearing on "MOTION TO ENFORCE PLEA BARGAIN AND IN ALTERNATIVE MOTION TO DISMISS FOR VIOLATION OF CONSTITUTIONAL RIGHT TO SPEEDY TRIAL" on November 18th, 2011 as State claims that applicant does not know about it, as state claims there are no official court reporter record for that day. Applicant states that there were court dates that he did not attend cause he was in a holding cell outside court room, it is attorney Mr. Ira Perz would come to him to get reset forms signed.

Applicant states that there was a hearing at the beach the first day of trial, December 5th, 2011. ADA ROBERT Yack told judge Vasek that "He could not recall any of the facts of the case". The motion was denied on this testimony.

On the states own admission on page 2 of "THE STATES MOTION FOR THE COURT TO ORDER THE OFFICIAL COURT REPORTER" to prepare the reporters record of certain pretrial hearings to assist in the resolution of designated issues. NONE FOUND.

Paragraph 3 goes further to state "that there was paperwork reflecting a plea agreement for twenty years that was found unsigned dated March 7th, 2011. As of yet there have not been any reporters records for that date found.

On April 7th, 2011, the plea offer of twenty years was accepted by applicant. The papers were signed by applicant, Attorney Ira Perz, and ADA Mr. Robert Yack and submitted to the court, but the plea was not taken by the court at that time. This is also reflected in Attorney Perz's affidavit.

Applicant tells this honarable court that as of May 3th, 2015, he has not recieved any court reporters record for April 7th, 2011 and has been seeking it from the court reporter since February 2th, 2013 and has not recieved records for March 7th, 2011, June 22th, 2011 or November 18th, 2011.

Applicant also responds to fact #16 or page 4, that if the plea bargain was "not afirm offer", why were the papers signed and presented to the court, which both applicant and Attorney Ira Perz, a officer of the court claim.

Applicants and Attorney Ira Perz's affidavit weigh entirely different than the states claims, and appeals to the honorable court of criminal appeals to order a evidentiary hearing in all these matters and order the court reporters records be found to align with applicants claim and Attorney Ira Perz's claims.

## DECLARATION STATEMENT

I, Stephen Jay Sandbloom, declare under the penalty of perjury that the facts stated in this supplemental letter of answers to "STATES FINDING OF FACT AND CONCLUSIONS OF LAW, RECOMENDATION, AND ORDER" are true and correct on this ___3rd___ day of_May__ ,2015

X _Stephen Jay Sandbloom_

Respectfully Submitted,

Mr.Stephen Jay Sandbloom

TDCJ NO. #1757517

Allen B. Polunsky Unit

3872 FM 350 South

Livingston,Texas 77351